In the Matter of THOMAS J. DEER, Appellant, v. VINCENT R. MANCUSI, as Warden of Attica State Prison, Respondent.—

908

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.
MARCELLA NEWELL, Formerly MARCELLA RODICK, Appellant, v. JOHN HUSTON, Respondent.—

Present — Del Vecchio, J. P., Marsh, Witmer, Moule and Henry, JJ.
ZYGMUNT STROKOSKI, Appellant, v. HARRY A. BULLOCK, Respondent. ZYGMUNT STROKOSKI, Appellant, v. CENTRAL N. Y. COACH LINES INC., Respondent.—